**ROBERT P. FORES, SBN 119235**
**FORES ■ MACKO**
A Professional Law Corporation
1600 "G" Street, Suite 103
Modesto, CA 95354
(209) 527-9899
(209) 527-2889 (Facsimile)

Attorneys for plaintiff
JEFFREY ALAN PERINE

FILED

DEC 06 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY ALAN PERINE | Case No. 1:12-CV-01491-AWI-MJS |
| Plaintiff, | **STIPULATION AND ORDER REGARDING DISMISSAL COMPLAINT** |
| vs. | |
| CITY OF MODESTO; ERIC BEFFA; | |
| Defendants. | |

COME NOW the parties in the above captioned case, by and through their undersigned Counsel, and hereby respectfully request said case be dismissed, with prejudice, forthwith. Each party is to bear their own attorney's fees and costs.

DATED: November 8, 2012.                    FORES ■ MACKO
                                            A Professional Law Corporation

                                            /s/ Robert P. Fores
                                        By:_____
                                            ROBERT P. FORES, SBN 119235
                                            Attorneys for plaintiff
                                            JEFF PERINE

///
///
///
///

- 1 -

Complaint; Demand for Jury Trial: Perine v. City of Modesto, et al.,; Case No.1:12-CV-01491-AWI-MJS

1  DATED: December 5, 2012.

SUSANA ALCALA WOOD
City Attorney

By: _____
SUSANA ALCALA WOOD, SBN 156366
Attorneys for Defendants
CITY OF MODESTO, ERIC BEFFA

## ORDER

Pursuant to the above stipulation, this Court DISMISSES this action with prejudice and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated: 12-6-12

_____
UNITED STATES DISTRICT JUDGE

Complaint; Demand for Jury Trial: Perine v. City of Modesto, et al.,; Case No.1:12-CV-01491-AWI-MJS